## OHIO SUPREME COURT—Continued

CAUSES ASSIGNED FOR ORAL
ARGUMENT
From Tuesday, Sept. 29, 1925
to Friday, Oct. 30, 1925.
GENERAL DOCKET
TUESDAY, SEPT. 29, 1925

19096. Robert W. Ross, et al v. The Adams Mills School District, et. Dock. 4-24-25, 3 Abs. 278. Attorneys: C. B. Hunt, Coshocton; Frazier & Frazier, Zanesville, for Ross; C. C. Crabbe, W. E. Benoy, Columbus; Clarence J. Crossland, Prosecuting Attorney, Zanesville; C. O. Turner, Prosecuting Attorney, Coshocton, for School District.

19345. State ex The Retirement Board of State Teachers' Retirement System, et al v. The Board of Education of Adams Mills School District, et al. Dock. 9-1-25, 3 Abs. 546. Attorneys: C. C. Crabbe, W. E. Benoy, Columbus, for State ex.

Wednesday, Sept. 30, 1925

18355. The Central Gas Company v. Hope Oil Company. Dock. 2-1-23, 1 Abs. 167. Attorneys: Moore, DeVaul & Moore, Woodsfield, for Central Gas. Co.; L. E. Matz, F. W. Ketterer, Woodsfield, for Hope Oil Co.

19162. State ex Retirement Board of State Teachers' Retirement System v. The Board of Education of Jackson Township Rural School District, et. Dock. 5-23-24, 3 Abs. 341. Attorneys: C. C. Crabbe, W. E. Benoy, C. S. Best, Columbus, for State ex; Foster E. Kenton for Bd. of Ed.

19338. State ex The Tax Commission v. E. M. Faust, Auditor of Mahoning County, Ohio. Dock. 8-25-25, 3 Abs. 546. Attorneys: C. C. Crabbe, W. E. Benoy, Columbus, for State ex.

Tuesday, Oct. 6, 1925

18933. Louisville & Nashville R. R. Co. v. Dora B. Greene, Admx. Dock. 1-31-25, 3 Abs. 82. Attorneys: Freiberg, Avery & Simmonds, Cincinnati, for Railroad Co.; Nichols, Morrill, Stewart & Ginter, Cincinnati, for Greene.

19108. The Industrial Commission et v. Bert Snyder et al. Dock. 4-28-25, 3 Abs. 297. Attorneys: C. C. Crabbe, W. E. Benoy, Columbus; O. J. Myers, Prosecuting Attorney, John F. Maher, Greenville, for Commission; Mannix, Crawford & Billingsley; Martin B. Trainor, H. T. Mathers, Sidney, for Snyder.

Wednesday, Oct. 7, 1925

18700. Morris Luff v. State of Ohio. Dock. 7-14-23, 1 Abs. 452. Attorneys: Richard J. Fitzgerald, Cleveland; Hogan, Hogan, Hogan & Hogan, George B. Okey, Columbus, for Luff; E. C. Stanton, James T. Cassidy, Cleveland, C. C. Crabbe, Columbus, for State.

18983. State of Ohio v. George Klingenber-

ger. Dock. 2-27-24, 3 Abs. 146. Attorneys: Clarence U. Ahl, Prosecuting Attorney, Bucyrus, for State; Willim C. Beer, Bucyrus, for Klingenberger.

19011. Bucor Tudor v. State of Ohio. Dock. 3-10-25, 3 Abs. 162. Attorneys: C. F. McConnell, J. H. Schoen, Cleveland, for Tudor; E. C. Stanton, Cleveland, for State.

Tuesday, Oct. 13, 1925

18975. Buckeye Churn Co. v. Roy E. Abbott. Dock. 2-24-25, 3 Abs. 146. Attorneys: Wicoff & Emmons, Sidney, for Company; H. K. Forsyth, Sidney, for Abbott.

19105. George Kuhn v. The Cincinnati Traction Co. Dock. 4-27-25, 3 Abs. 297. Attorneys: Roettinger & Street, Cincinnati, for Kuhn; Freiberg, Avery & Simmonds, Cincinnati, for Company.

19227. Fred H. Slatmeyer v. The Industrial Commission. Dock. 6-25-25, 3 Abs. 417. Attorneys: F. William Kurzenberger, Niman, Grossman, Buss & Holliday, Cleveland, for Slatmeyer; C. C. Crabbe, R. R. Zurmehly, Columbus, for Commission.

Wednesday, Oct. 14, 1925

19118. Peter Madjorous v. The State of Ohio. Dock. 5-5-25, 3 Abs. 297. Attorneys: Jonathan Taylor, Akron, for Madjorous; J. Walter Booth, Prosecuting Attorney, Akron, for State.

19123. State ex Hiram H. Barney v. Thad H. Brown, State Supervisor and Inspector of Elections. Dock. 5-8-25, 3 Abs. 313. Attorneys: J. Alden Staker, Franklin Furnace; Hogan, Hogan, Hogan & Hogan, Columbus, for State ex; C. C. Crabbe, H. H. Griswold, W. Dale Dunifon, Columbus, for Brown.

19330. State ex John F. Nolan v. Thad H. Brown, State Supervisor and Inspector of Elections. Dock. 8-15-25, 3 Abs. 530. Attorneys: Peter E. Dempsey, Knepper & Wilcox, Columbus, for State ex; C. C. Crabbe, C. S. Younger, Columbus, for Brown.

Tuesday, Oct. 20, 1925

19006. The Pennsylvania R. R. Co. v. H. N. Oberlander. Dock. 3-7-25, 3 Abs. 162. Attorneys: William C. Beer, Bucyrus, for Company; Charles F. Schaber, Bucyrus, for Oberlander.

19155. James C. Davis, Agent, etc., v. Oswald & Taube, a partnership, etc. Dock. 5-18-25, 3 Abs. 341. Attorneys: Harmon, Colston, Goldsmith & Hoadly, Cincinnati, for Davis; Moulinier, Bettman & Hunt, Cincinnati, for Oswald & Taube.

Wednesday, Oct. 21, 1925

18896. State ex Cleveland Eng. Const. Co. v. T. J. Duffy, et al. Dock. 1-5-25, 3 Abs. 18. Attorneys: George B. Marty, Cleveland, for